UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA O'NEAL,

      Plaintiff,

v.

52ND DISTRICT COURT and
JUDGE JOSEPH G. FABRIZIO,
in his personal and official capacity,

      Defendants.

Case No. 22-cv-10470
Hon. Victoria A. Roberts

_____/

| Noah S. Hurwitz (P74063) | Aaron C. Thomas (P55114) |
| Grant M. Vlahopoulos (P85633) | Oakland County Deputy Corporation Counsel |
| Hurwitz Law PLLC | Nicole B. Tabin (P73685) |
| Attorneys for Plaintiff | Sr. Asst. Oakland County Corporation Counsel |
| 617 Detroit St. STE 125 | Attorneys for Defendants |
| Ann Arbor, MI 48104 | 1200 N. Telegraph Road, Dept. 419 |
| (844) 487-9489 | Pontiac, MI 48341-0419 |
| Noah@hurwitzlaw.com | (248) 975-9616 |
| Grant@hurwitzlaw.com | (248) 858-1475 |
| | thomasa@oakgov.com |
| | tabinn@oakgov.com |

_____/

## APPEARANCE OF COUNSEL

TO: THE CLERK OF THE COURT and ALL PARTIES OF RECORD

    PLEASE ENTER THE APPEARANCE of the Department of Oakland County Corporation Counsel, by Aaron C. Thomas on behalf of Defendants in the above-entitled cause.

Respectfully submitted,

OAKLAND COUNTY CORPORATION COUNSEL

/s/Aaron C. Thomas
Aaron C. Thomas (P55114)
Oakland County Deputy Corporation Counsel
Attorney for Defendants
1200 N. Telegraph Road, Dept. 419
Pontiac, MI 48341-0419

Dated: March 9, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2022, I electronically filed the foregoing document (Appearance of Counsel) with the Clerk of the Court using the ECF System which will send notification of such filing to the attorney(s) of record, and I hereby certify that I have mailed by United States Postal Service the same to the following non-ECF participants: None.

Respectfully submitted,

OAKLAND COUNTY CORPORATION COUNSEL

/s/Aaron C. Thomas
Aaron C. Thomas (P55114)
Oakland County Deputy Corporation Counsel
Attorney for Defendants
1200 N. Telegraph Road, Dept. 419
Pontiac, MI 48341-0419

Dated: March 9, 2022