UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA O'NEAL,

      Plaintiff,

v.

52ND DISTRICT COURT and
JUDGE JOSEPH G. FABRIZIO,
in his personal and official capacity,

      Defendants.

Case No. 22-cv-10470
Hon. Victoria A. Roberts

_____/

| | |
|---|---|
| Noah S. Hurwitz (P74063) | Aaron C. Thomas (P55114) |
| Grant M. Vlahopoulos (P85633) | Oakland County Deputy Corporation Counsel |
| Hurwitz Law PLLC | Nicole B. Tabin (P73685) |
| Attorneys for Plaintiff | Sr. Asst. Oakland County Corporation Counsel |
| 617 Detroit St. STE 125 | Attorneys for Defendants |
| Ann Arbor, MI 48104 | 1200 N. Telegraph Road, Dept. 419 |
| (844) 487-9489 | Pontiac, MI 48341-0419 |
| Noah@hurwitzlaw.com | (248) 975-9616 |
| Grant@hurwitzlaw.com | (248) 858-1475 |
| | thomasa@oakgov.com |
| | tabinn@oakgov.com |

_____/

## INDEX OF EXHIBITS

Exhibit A - Job Description

Exhibit B - JTC Acknowledgment of Judge Fabrizio request

Exhibit C - Wood v. 36th Dist. Court_ 2022 U.S. App. LEXIS 4504

Exhibit D - Basso v. Michigan Dep_t of Corr._ 2009 U.S. Dist. LEXIS 29098

Exhibit E - Garceau v. City of Flint_ 2013 U.S. Dist. LEXIS 159479