OAKLAND COUNTY MICHIGAN

Class Title: DISTRICT COURT ADMINISTRATOR

Department: 52nd District Court – Troy, Michigan

Reports To: Chief District Court Judge

Salary Range: $74,775 - $97,289

GENERAL SUMMARY

Under general direction, is responsible for the administrative and non-judicial functions of one division of the 52nd District Court involving the management of case processing, personnel, budget, juries, facilities, security and other non-judicial functions. Directs the processing of traffic, civil, criminal and probation case flow. Reviews and implements new court rules, statues, administrative orders and laws affecting case processing, technical and personnel matters. Utilizes current county-wide and/or department specific software to complete assignments.

SUPERVISION EXERCISED

Working through one or more subordinate supervisors, plans, directs, makes staffing decisions and exercises authority over a group of court professional and clerical employees.

ESSENTIAL JOB FUNCTIONS

Establishes effective management policies, procedures, and program review techniques to ensure the effective administration of one division of the 52nd District Court.

Advises and often provides direction to judges on matters regarding new laws or court rules, the court calendar, case progresses, backlogs and other concerns. Provides judges with updated information and recommends courses of corrective action.

Performs the direction and control of the court calendar ensuring proper case flow by monitoring case progress, adjournment policies and the scheduling of court cases.

Directs the summoning of jurors, making determinations as to the excuse policy and schedules jury cases to ensure efficient use of jurors. Oversees the maintenance of records of jury service and payment of juror fees.

Reviews and interprets federal, state, and local legislation to ensure court operational compliance. As needed, confers with the State Court Administrative Office and/or the Association of District Court Administrators regarding interpretation and implementation issues.

Assesses the procedural and workload impact of regulation changes and determines fiscal, staff, security, and space and/or equipment needs and as needed takes or recommends appropriate action.
Reviews the State schedule of fines and makes recommendations to the judges for implementation, and publication, as well as to ensure compliance with governmental accounting practices.

Develops, prepares and submits for approval a bi-annual budget for division. Monitors budget implementation, evaluating expenditures and ensuring adherence to authorized spending and compliance with general governmental accounting practices. Prepares forecast and reports on revenues and expenditures ensuring proper management.

# CLASS TITLE – DISTRICT COURT ADMINISTRATOR

Ensures the collections and appropriate disbursement of revenue to State and municipalities within the division's jurisdiction.

Confers with the judges and the Chief Judge regarding requests being submitted before the Board of Commissioners and other legislative bodies. Presents the requests to the legislative body.

Directs the clerical processing of all District Court cases, the maintenance of court records and adherence to court record retention and record disposal schedules and requirements.

Accountable for the initiation and signature of professional services contracts of court recorder/reporters, translators, interpreters and probation contract workers. Hires and monitors performance of contractual workers, billings, wage increases and renewal or termination of contracts. Reviews and authorizes payment of contractual workers.

Answers to audits conducted by the County, State and/or Federal authorities.

Develops and implements security procedures, ensuring same are followed for entire facility and operation and discusses them with the Sheriff Department.

Provides and prepares information for the media, public and civic groups, community agencies and associations regarding court related issues, and develops internal guidelines regarding court and media relations.

Analyzes the court's data processing needs and discusses requirements with other courts and Information Technology's representatives to determine appropriate changes. Coordinates the implementation of new systems to improve court efficiency and comply with changes in legislation.

Prepares and/or composes a variety of reports and other documents related to the court operation for the County and State legal authorities ensuring accuracy and compliance with legislation.

Rectifies processing problems, and handles the more difficult and complex complaints and questions concerning court activities.

Coordinates all judge assignments through the Supreme Court or Chief Judge due to the absence or disqualification of a judge.

Utilizes current county-wide and/or department specific software to complete assignments.

ADDITIONAL DUTIES & RESPONSIBILITIES

As needed attends calls regarding emergency situations that happen beyond regular business hours.

Promotes and participates in education activities endorsed by community based agencies and professional related associations.

As needed, may participate in the selection of equipment needs and monitors the design of court facility space ensuring compliance with State and Federal mandates.

Appointed Position – Information Only

**CLASS TITLE – DISTRICT COURT ADMINISTRATOR**

ESSENTIAL PHYSICAL & MENTAL REQUIREMENTS

Ability to communicate to accurately convey information.

WORKING CONDITIONS

Work is performed in a typical office and/or court environment.

IMPORTANT NOTE: The primary purpose of this job description is to set a fair and equitable salary range for this job classification. Generally, only those key duties necessary for proper job evaluation and/or labor market analysis have been included. Other duties and responsibilities will be assigned by the supervisor.

EXPERIENCE, TRAINING, KNOWLEDGES, SKILLS & ABILITIES

Under the Merit System Resolution, Section II, adopted November 8, 1966, employees in this class are excluded from the Merit System for the purpose of the manner of selection, appointment, removal from office or limitation or political activity.

Employees in this class are required to:

1. Pass the employment medical examination provided by the County of Oakland.

2. Successfully complete a six-month advisory period.

NOTE: The Desirable Qualifications for this classification, when provided to the Human Resources Department will be stated on a separate page. These Desirable Qualifications may be subject to revision by the Chief District Court Judge.

*Note:   Job performance, knowledge, ability and/or previous experience may substitutes for Desirable Qualifications.  The Chief District Court Judge has the right to waive the desirable qualifications.*

3

Appointed Position – Information Only

**CLASS TITLE – DISTRICT COURT ADMINISTRATOR**

<u>EXPERIENCE, TRAINING, KNOWLEDGE, SKILLS & ABILITIES</u>

Under the Merit System Resolution, Section II, adopted November 8, 1966, employees in this class are excluded from the Merit System for the purpose of the manner of selection, appointment, removal from office or limitation of political activity.

A. <u>DESIRABLE MINIMUM QUALIFICATIONS</u>

1. a. Possess a Bachelor's degree or equivalent from an accredited college or university with a major in Criminal Justice, Public Administration or closely related field; <u>OR</u>

   b. Possess a Bachelor's degree from an accredited college or university; <u>AND</u> a postgraduate degree in Public Administration, Business Administration or related field or Juris Doctor degree.

NOTE: Any combination of related college coursework and experience as a Court Operations Manager or equivalent may substitute the Bachelor's degree as described in #1 above on a year-for-year basis.

2. Have had at least seven (7) years of increasingly responsible full-time work experience in a court setting including at least three (3) years of administrative responsibility.

3. Have a Certificate from the Institute for Court Management.

B. <u>ADDITIONAL DESIRABLE QUALIFICATIONS</u>

1. Considerable knowledge of federal, state, and local regulations relative to the operations of a district court.

2. Considerable knowledge of the policies and practices of the district court.

3. Considerable knowledge of court programs.

4. Considerable ability to prepare and present oral and written reports to officials, administrators, and other interested groups or individuals.

5. Considerable ability to read and interpret regulations, as well as assess their impact in the court operation.

6. Considerable ability to make decisions, including those of emergency nature, in accordance with federal, state, and local policies and procedures.

7. Considerable ability to establish and maintain effective working relationships with Court officials, County administrators, representatives from outside agencies and employees.

8. Considerable ability to exercise mature judgement and initiative in analyzing problems and recommending solutions.

9. Considerable ability to apply the principles of personnel administration.

4

Appointed Position – Information Only

## CLASS TITLE – DISTRICT COURT ADMINISTRATOR

10. Considerable knowledge of and ability to utilize current word processing, spreadsheet, database, e-mail and Internet software.

Submit Resumes via e-mail to:
Ann M. Currie, Administrative Assistant
curriea@oakgov.com

# Filing Deadline:  March 2, 2018