**Exhibit B**

**COMMISSIONERS**

HON. MONTE J. BURMEISTER
**CHAIRPERSON**
THOMAS J. RYAN, ESQ.
**VICE CHAIRPERSON**
HON. KAREN FORT HOOD
**SECRETARY**

ARI ADLER
JAMES W. BURDICK, ESQ.
HON. PABLO CORTES
HON. JON H. HULSING
SIHAM AWADA JAAFAR
HON. BRIAN R. SULLIVAN



State of Michigan

LYNN A. HELLAND, ESQ.
**EXECUTIVE DIRECTOR**
GLENN J. PAGE, ESQ.
**DEPUTY EXECUTIVE DIRECTOR**

3034 WEST GRAND BLVD., SUITE 8-450
CADILLAC PLACE BUILDING
DETROIT, MICHIGAN 48202
TELEPHONE: (313) 875-5110
FAX: (313) 875-5154
WEBSITE: jtc.courts.mi.gov

# Judicial Tenure Commission

July 30, 2020

Chief Judge Joseph G. Fabrizio
52nd District Court
5850 Lorac, Suite 1
Clarkston, MI 48811

RE: Request for Investigation No. 20-24043

Dear Judge Fabrizio:

    The Judicial Tenure Commission acknowledges receipt of your Request for Investigation, which has been assigned to a member of the Commission staff for review. The Commission must determine if this matter falls within its jurisdiction and whether the facts you have provided indicate a violation of any of the rules which the Commission enforces.

    If further action is indicated, the Commission may authorize a full investigation. Upon completion of such an investigation the matter will be referred to the Commission for its further consideration. If the Commission needs additional facts or information from you, a member of the staff will be in touch with you. If, on the other hand, the Commission determines that the complaints contained in your Requests for Investigation do not warrant further action, you will be notified of that decision as well.

    Please be assured that we are acting as expeditiously as we can to give this matter careful attention. All communication regarding this Request for Investigation must be directed to the Commission staff and not the individual members of the Commission. You will receive written notice of the Commission's decision promptly after it is made.

    Thank you for bringing this matter to the attention of the Judicial Tenure Commission.

Sincerely,

Lynn A. Helland
Executive Director

LAH/cc