UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA O'NEAL,

    Plaintiff,

v.

52ND DISTRICT COURT OF
MICHIGAN, et al.,

    Defendants.
_____/

Case No. 22-10470
Honorable Victoria A. Roberts

## ORDER DEEMING MOOT DEFENDANTS' MOTION TO DISMISS [ECF No. 8]

On May 9, 2022, Defendants filed a motion to dismiss Plaintiff's complaint.

On May 29, 2022, Plaintiff filed an amended complaint.

Because the original complaint is no longer the operative complaint, Defendants' motion to dismiss [ECF No. 8] is **MOOT**.

    **IT IS ORDERED**.

                                      S/ Victoria A. Roberts
                                      Victoria A. Roberts
                                      United States District Judge

Dated: June 14, 2022