# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DANA O'NEAL,

    Plaintiff,

v.

52ND DISTRICT COURT and
JUDGE JOSEPH G. FABRIZIO,
in his personal and official capacity,

    Defendants.

Case No. 22-cv-10470
Hon. Victoria A. Roberts
Magistrate Elizabeth A. Stafford

_____/

| | |
|---|---|
| Noah S. Hurwitz (P74063) | Aaron C. Thomas (P55114) |
| Grant M. Vlahopoulos (P85633) | Oakland County Deputy Corporation Counsel |
| Hurwitz Law PLLC | Nicole B. Tabin (P73685) |
| Attorneys for Plaintiff | Sr. Asst. Oakland County Corporation Counsel |
| 617 Detroit St. STE 125 | Attorneys for Defendants |
| Ann Arbor, MI 48104 | 1200 N. Telegraph Road, Dept. 419 |
| (844) 487-9489 | Pontiac, MI 48341-0419 |
| Noah@hurwitzlaw.com | (248) 975-9616 |
| Grant@hurwitzlaw.com | (248) 858-1475 |
| | thomasa@oakgov.com |
| | tabinn@oakgov.com |

_____/

**STIPULATED ORDER EXTENDING TIME TO ANSWER AMENDED COMPLAINT**

Pursuant to the stipulation of the parties,

Defendants must answer or otherwise respond to the Amended Complaint on or before June 24, 2022. If Defendants file a Motion under Rule 12, Plaintiff's response is due: July 15, 2022 and Defendant's reply is due July 29, 2022.

s/ Victoria A. Roberts<br>
Hon. Victoria A. Roberts

Dated:  6/14/2022


Stipulated by:

/s/ Noah S. Hurwitz (with consent)
Noah S. Hurwitz (P74063)
Attorney for Plaintiff


/s/ Nicole B. Tabin
Nicole B. Tabin (P73685)
Attorney for Defendants