Exhibit F



OAKLAND COUNTY EXECUTIVE DAVID COULTER

**Solon M. Phillips, Corporation Counsel**
(248) 858-2155  |  phillipss@oakgov.com
Nicole Tabin, Sr. Assistant Corporation Counsel
(248) 858-1475  |  tabinn@oakgov.com

January 31, 2022

**FIRST CLASS MAIL**

Dana O'Neal
2356 Middlebelt Rd
West Bloomfield, MI 48324

RE:   ***Noah S. Hurwitz (Nacht Law) to Corporation Counsel –***
***Dana O'Neal Termination (52-4 District Court Administrator)***
**Our File No.:  2021-1661**

Dear Ms. O'Neal:

Regarding the subject matter, the following items are being returned to you:

1. One USB drive containing family photos
2. Handwritten notes from several notepads and loose sheets
3. 2018 Planner – At A Glance
4. Employee Transaction w/effective date 4-14-2018
5. Employee Transaction w/ effective date 9-28-2019

Your attorney, Noah Hurwitz, asked that these items be mailed to you directly at the above listed address. At this point, all of your personal belongings found in your former office have been returned to you. Please do not hesitate to have your attorney contact me should you have any questions.

Sincerely,

*/s/ Nicole B. Tabin*

Nicole B. Tabin
Senior Assistant Corporation Counsel

NT/hg/em
Enclosure

CC: Noah Hurwitz, via electronic mail: (noah@hurwitzlaw.com).