# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DANA O'NEAL,

      Plaintiff

v.

52ND DISTRICT COURT and
JUDGE JOSEPH G. FABRIZIO,
in his personal and official capacity,

      Defendants.

Case No. 22-cv-10470

Hon. Victoria A. Roberts

**APPEARANCE OF COUNSEL**

---

| | |
|---|---|
| Noah S. Hurwitz (P74063) | Aaron C. Thomas (P55114) |
| Grant M. Vlahopoulos (P85633) | Oakland County Deputy Corp Counsel |
| HURWITZ LAW PLLC | Nicole B. Tabin (P73685) |
| *Attorneys for Plaintiff* | Sr. Asst. Oakland County Corp Counsel |
| 617 Detroit St. - Suite 125 | *Attorneys for Defendants* |
| Ann Arbor, Michigan 48104 | 1200 N. Telegraph Road, Dept. 419 |
| (844) 487-9489 | Pontiac, Michigan 48341-0419 |
| noah@hurwitzlaw.com | (248) 975-9616 / (248) 858-1475 |
| grant@hurwitzlaw.com | thomasa@oakgov.com |
| | tabinn@oakgov.com |
| | |
| | Christopher M. Trebilcock (P62101) |
| | Vincent C. Sallan (P7988) |
| | CLARK HILL PLC |
| | *Co-Counsel for Defendants* |
| | 500 Woodward Avenue – Suite 3500 |
| | Detroit, Michigan 48226 |
| | (313) 965-8300 |
| | ctrebilcock@clarkhill.com |
| | vsallan@clarkhill.com |

# APPEARANCE

To:   Clerk of the Court, United States District Court
      Eastern District of Michigan

PLEASE ENTER the Appearance of Christopher M. Trebilcock and the law firm of Clark Hill PLC as counsel for Defendants, 52nd District Court and Judge Joseph G. Fabrizio.

          Respectfully submitted,

          Clark Hill PLC
By:  */s/ Christopher M. Trebilcock*
      Christopher M. Trebilcock (P62101)
      500 Woodward Avenue, Ste. 3500
      Detroit, MI  48226
      (313) 965-8300
      *Attorneys for Defendants*

DATE:  November 11, 2022

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on November 11, 2022, she filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties and counsel of record.

          */s/ Pamela Bright*
          Pamela Bright