# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DANA O'NEAL,

    Plaintiff

v.

52ND DISTRICT COURT and
JUDGE JOSEPH G. FABRIZIO,
in his personal and official capacity,

    Defendants.

Case No. 22-cv-10470
Hon. Victoria A. Roberts

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**

---

Noah S. Hurwitz (P74063)
Grant M. Vlahopoulos (P85633)
HURWITZ LAW PLLC
*Attorneys for Plaintiff*
617 Detroit St. - Suite 125
Ann Arbor, Michigan 48104
(844) 487-9489
noah@hurwitzlaw.com
grant@hurwitzlaw.com

Aaron C. Thomas (P55114)
Oakland County Deputy Corp Counsel
Nicole B. Tabin (P73685)
Sr. Asst. Oakland County Corp Counsel
*Attorneys for Defendants*
1200 N. Telegraph Road, Dept. 419
Pontiac, Michigan 48341-0419
(248) 975-9616 / (248) 858-1475
thomasa@oakgov.com
tabinn@oakgov.com

Christopher M. Trebilcock (P62101)
Vincent C. Sallan (P79888)
CLARK HILL PLC
*Attorneys for Defendants*
500 Woodward Avenue – Suite 3500
Detroit, Michigan 48226
(313) 965-8300
ctrebilcock@clarkhill.com
vsallan@clarkhill.com

## STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT

This matter coming before the Court pursuant to the stipulation and agreement of the parties; Plaintiff having agreed that the time for Defendants to respond to Plaintiff's First Amended Complaint should be extended up to and through December 16, 2022; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the time for Defendants to respond to Plaintiff's First Amended Complaint is extended up to and through December 16, 2022.

SO ORDERED.

|  |  |
|---|---|
| Date: 11/18/2022 | s/ Victoria A. Roberts<br>United States District Judge |

Stipulated and agreed:

| | |
|---|---|
| s/ Noah S. Hurwitz (w/consent)<br>Noah S. Hurwitz (P74063)<br>Grant M. Vlahopoulos (P85633)<br>HURWITZ LAW PLLC<br>617 Detroit St., Suite 125<br>Ann Arbor, MI  48104<br>(844) 487-9489<br>noah@hurwitzlaw.com<br>grant@hurwitzlaw.com<br><br>*Attorneys for Plaintiff* | s/ Vincent C. Sallan<br>Christopher M. Trebilcock (P62101)<br>Vincent C. Sallan (P79888)<br>CLARK HILL PLC<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI  48226<br>(313) 965-8300<br>ctrebilcock@clarkhill.com<br>vsallan@clarkhill.com<br><br>*Attorneys for Defendant* |