# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DANA O'NEAL,

    Plaintiff

v.

52ND DISTRICT COURT and
JUDGE JOSEPH G. FABRIZIO,
in his personal and official capacity,

    Defendants.

Case No. 22-cv-10470
Hon. Victoria A. Roberts

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**

---

Noah S. Hurwitz (P74063)
Grant M. Vlahopoulos (P85633)
HURWITZ LAW PLLC
*Attorneys for Plaintiff*
617 Detroit St. - Suite 125
Ann Arbor, Michigan 48104
(844) 487-9489
noah@hurwitzlaw.com
grant@hurwitzlaw.com

Aaron C. Thomas (P55114)
Oakland County Deputy Corp Counsel
Nicole B. Tabin (P73685)
Sr. Asst. Oakland County Corp Counsel
*Attorneys for Defendants*
1200 N. Telegraph Road, Dept. 419
Pontiac, Michigan 48341-0419
(248) 975-9616 / (248) 858-1475
thomasa@oakgov.com
tabinn@oakgov.com

Christopher M. Trebilcock (P62101)
Vincent C. Sallan (P79888)
CLARK HILL PLC
*Attorneys for Defendants*
500 Woodward Avenue – Suite 3500
Detroit, Michigan 48226
(313) 965-8300
ctrebilcock@clarkhill.com
vsallan@clarkhill.com

# STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT

The parties stipulated that Defendants have until December 30, 2022 to respond to Plaintiff's First Amended Complaint.

ORDERED.

                                                                         s/ Victoria A. Roberts
                                                                         Victoria A. Roberts
Dated: 12/21/2022                            United States District Judge

Stipulated and agreed:

| s/ Noah S. Hurwitz (w/consent) | s/ Vincent C. Sallan |
|---|---|
| Noah S. Hurwitz (P74063) | Christopher M. Trebilcock (P62101) |
| Grant M. Vlahopoulos (P85633) | Vincent C. Sallan (P79888) |
| HURWITZ LAW PLLC | CLARK HILL PLC |
| 617 Detroit St., Suite 125 | 500 Woodward Avenue, Suite 3500 |
| Ann Arbor, MI  48104 | Detroit, MI  48226 |
| (844) 487-9489 | (313) 965-8300 |
| noah@hurwitzlaw.com | ctrebilcock@clarkhill.com |
| grant@hurwitzlaw.com | vsallan@clarkhill.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |