UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dana O'Neal,

                          Plaintiff(s),

v.                                                   Case No. 2:22−cv−10470−VAR−EAS
                                                      Hon. Victoria A. Roberts

52nd District Court of Michigan,
et al.,

                          Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Elizabeth A. Stafford for all non−dispositive pretrial proceedings, including any previously filed non−dispositive motions, pursuant to 28 U.S.C. § 636(b)(1)(A).  Dispositive motions are defined in LR 7.1(e)(1).

    **ADDITIONAL INFORMATION:**    Conduct early settlement conference

                                                 s/Victoria A. Roberts
                                             Victoria A. Roberts
                                             United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                               s/L. Vertriest
                                             Case Manager

Dated:  March 15, 2023