UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA O'NEAL,

    Plaintiff,

v.

52ND DISTRICT COURT and
JUDGE JOSEPH G. FABRIZIO,
in his personal capacity,

    Defendants.

Case No. 22-cv-10470

Hon. Victoria A. Roberts
Mag. Judge Elizabeth A. Stafford

---

| | |
|---|---|
| Noah S. Hurwitz (P74063)<br>Grant M. Vlahopoulos (P85633)<br>HURWITZ LAW PLLC<br>*Attorneys for Plaintiff*<br>340 Beakes St., Suite 125<br>Ann Arbor, MI 48104<br>(844) 847-9489<br>Noah@hurwtizlaw.com<br>Grant@hurwitzlaw.com | Aaron C. Thomas (P55114)<br>Oakland County Deputy Corp Counsel<br>Nicole B. Tabin (P73685)<br>Sr. Asst. Oakland County Corp Counsel<br>*Attorneys for Defendants*<br>1200 N. Telegraph Road, Dept. 419<br>Pontiac, Michigan 48341-0419<br>(248) 975-9616 / (248) 858-1475<br>thomasa@oakgov.com<br>tabinn@oakgov.com<br><br>Christopher M. Trebilcock (P62101)<br>Vincent C. Sallan (P79888)<br>CLARK HILL PLC<br>*Attorneys for Defendants*<br>500 Woodward Avenue – Suite 3500<br>Detroit, Michigan 48226<br>(313) 965-8300<br>ctrebilcock@clarkhill.com<br>vsallan@clarkhill.com |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Grant M. Vlahopoulos of Hurwitz Law PLLC as counsel for Plaintiff, Dana O'Neal, in the above-captioned matter.

Respectfully Submitted,

*/s/ Grant M. Vlahopoulos*
Grant M. Vlahopoulos (P85633)
HURWITZ LAW PLLC
*Attorney for Plaintiff*
340 Beakes Street, Ste. 125
Ann Arbor, MI 48104
(844) 487-9489
Grant@hurwitzlaw.com

Dated: March 15, 2023

## CERTIFICATE OF SERVICE

I certify that on March 15, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system, which will send notification of the filing to all counsel of record.

Dated: March 15, 2023

*/s/ Grant M. Vlahopoulos*
Grant M. Vlahopoulos (P85633)