UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dana O'Neal,

                        Plaintiff(s),

v.                                            Case No. 2:22-cv-10470-VAR-EAS
                                                      Hon. Victoria A. Roberts

52nd District Court of Michigan,
et al.,

                        Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge Elizabeth A. Stafford as follows:

- STATUS CONFERENCE:  April 3, 2023 at 03:00 PM

The conference shall be initiated by counsel using the provided dial-in information.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   Counsel shall call (313) 234-5105 to initiate the telephone conference after everyone has joined the call.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/Marlena Williams
                                                    Case Manager

Dated:  March 22, 2023