UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Dana O'Neal,

                Plaintiff(s),

v.                                    Case No. 2:22–cv–10470–VAR–EAS
                                    Hon. Victoria A. Roberts

52nd District Court of Michigan,
et al.,

                Defendant(s),

---

## NOTICE TO APPEAR

You are hereby notified to appear before Magistrate Judge Elizabeth A. Stafford at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  May 30, 2023 at 10:30 AM

**ADDITIONAL INFORMATION:**    The status conference will be held on Teams. Parties to receive information in a separate email.


## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                            By: s/Marlena Williams
                                   Case Manager

Dated:   April 3, 2023