UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Dana O'Neal,

    Plaintiff(s),

v.                                        Case No. 22-10470
                                          Honorable Victoria A. Roberts

52nd District Court of Michigan, et al.,

    Defendant(s),

_____/

## **ORDER OF DISMISSAL**

The parties advised the Court that they amicably resolved their differences. Accordingly,

This case is DISMISSED. The Court retains jurisdiction for purposes of enforcing the settlement.

IT IS ORDERED.

                                                     s/ Victoria A. Roberts
                                                     Victoria A. Roberts
                                                     United States District Judge

Dated: 5/22/2023